2010R00699/CAR/LFS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Criminal No. 12-343 (WJM) |
|---|---|---|
| v. | : | Hon. William J. Martini |
| DAVID CONNOLLY | : | ORDER |

This matter having been opened to the Court on the application of the defendant David Connolly (by his counsel Gerald M. Saluti, Esq.), and the United States having raised no objection and good cause having been shown, the Court makes the following findings:

1. The defendant has requested additional time to prepare for trial of this matter;

2. The personal circumstances of defendant's counsel warrant an adjournment;

3. The Court finds, for purposes of excluding time under 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act, that the additional extension of time for pre-trial motions is reasonably necessary to make defendant's anticipated applications ready for judicial determination, and that the additional extension of time for trial, currently scheduled for October 30, 2012, is reasonably necessary to enable counsel to adequately prepare for trial; and that

4. The ends of justice served by a continuance of the trial date in this matter until a date in February 2013 to be set by the Court, outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 2nd day of October, 2012,

ORDERED that the trial date in this matter is continued until a date in February 2013 to be set by the Court, and that the period of time from the date this order is signed through January

31, 2013, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further ORDERED that:

1. Defendant shall file pretrial motions on or before January 7, 2013;

2. The government shall respond to such motions on or before January 14, 2013;

3. Any reply to the government's response shall be filed on or before January 22, 2013;

4. The hearing for pretrial motions shall be January 29, 2013, at 10:00 a.m.; and

5. Trial shall commence on a date in February 2013 to be set by the Court.

_____
HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE